No. 498. Quaker State Oil Refining Corp. v. National Labor Relations Board. C. A. 3d Cir. Certiorari denied. *John C. Bane, Jr.* and *Benjamin G. McFate* for petitioner. *Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 501. Truck Drivers and Helpers Local Union No. 728, I. B. T., v. National Labor Relations Board. C. A. 5th Cir. Certiorari denied. *Edwin Pearce* for petitioner. *Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott, Dominick L. Manoli* and *Florian J. Bartosic* for respondent.

No. 502. Lincoln National Life Insurance Co. v. Roosth. C. A. 5th Cir. Certiorari denied. *Thos. B. Ramey* for petitioner. *Chas. F. Potter* for respondent.

No. 505. Brice v. Superior Court of California, in and for the County of Los Angeles. District Court of Appeal of California, Second Appellate District. Certiorari denied. *James C. Purcell* for petitioner. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *William B. McKesson* for respondent.

No. 496. Columbia Casualty Co. v. LoCicero et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Black is of the opinion certiorari should be granted. *Ernest A. Carrere, Jr.* for petitioner. *Robert R. Rainold* for respondents.